**321 So.2d 729**
**In re Tommy Earl GROSS**

v.

**STATE.**

**Ex parte Tommy Earl Gross.**

**SC 1503.**

Supreme Court of Alabama.

Oct. 30, 1975.

P. Wayne Thorn, Birmingham, for petitioner.

No appearance for respondent.

**325 So.2d 218**
**In re Tommy Lee GROSS**

v.

**STATE.**

**Ex parte Tommy Lee Gross.**

**SC 1584.**

Supreme Court of Alabama.

Jan. 9, 1976.

P. Wayne Thorn, Birmingham, for petitioner.

No appearance for the State.

**404**

EMBRY, Justice.

Petition of Tommy Lee Gross for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Gross v. State,* 56 Ala.App. 709, 325 So.2d 216.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.